

# THE LAW FIRM OF
# SPRINGER & STEINBERG
### A PROFESSIONAL CORPORATION

1600 BROADWAY - SUITE 1200 - DENVER, COLORADO 80202

Grand Junction Office:
101 SOUTH THIRD STREET, SUITE 265
GRAND JUNCTION, COLORADO 81501

TELEPHONE (303) 861-2800
FACSIMILE (303) 832-7116
TOLL-FREE (877) 473-6004
www.springersteinberg.com

Jason C. Astle
jastle@springersteinberg.com

February 18, 2016

**SO ORDERED:**

/s/ George B. Daniels
George B. Daniels, U.S.D.J.

Dated: FEB 19 2016

Hon. George B. Daniels
District Court for the Southern District of New York
500 Pearl St.
New York, NY 10007-1312

Re: *Myles v. Marshall, 13CV8096 (GBD-RLE)*
*Proposed trial dates*

Dear Judge Daniels,

We write in furtherance to the Court's request for trial dates. The parties have agreed that the trial can be completed in 3 days and have mutually agreed to the following dates, if acceptable to the Court:

**Tuesday April 5th to Thursday, April 7th, 2016.**

Defendant respectfully requests that a firm trial be set for the proposed dates to avoid continued uncertainty with respect to trial preparation, scheduling demands, and the need for timely travel arrangements.

Respectfully submitted,

/s/ Jason C. Astle

Harvey Steinberg
Jeffrey Springer
Jason C. Astle

Cc: Luna Droubi, Joshua Moskovitz, Johnathan Moore (via ECF)